UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
Western DIVISION

In re: KLEINSCHMIDT, JACK LEE § Case No. 1-13-14101-CJF
§
KLEINSCHMIDT, CHERYL JEAN §
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James Block, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $542,273.43 (without deducting any secured claims) | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $5,570.52 | Claims Discharged Without Payment: $191,061.66 |
| Total Expenses of Administration: $1,714.48 | |

3) Total gross receipts of $7,285.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,285.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $372,511.47 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,682.18 | $1,714.48 | $1,714.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $455,451.70 | $228,536.93 | $150,742.84 | $5,570.52 |
| **TOTAL DISBURSEMENTS** | $827,963.17 | $230,219.11 | $152,457.32 | $7,285.00 |

   4) This case was originally filed under chapter 7 on 08/16/2013.  The case was pending for 11 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/25/2014    By: /s/ James Block
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Anticipated Tax Refunds (Taxes not yet filed) of every nature, including tax counterclaims of the debtor, rights to setoff claims. Give value of each. | 1129-000 | $7,285.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,285.00** |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Lincoln Community Bank | 4110-000 | $262,206.04 | NA | NA | NA |
| N/F | Associated Bank | 4110-000 | $24,873.00 | NA | NA | NA |
| N/F | Community Development Director City Of Merrill | 4110-000 | $0.00 | NA | NA | NA |
| N/F | CWED Fund | 4110-000 | $25,040.64 | NA | NA | NA |
| N/F | ACCOC NT NO. Associated Bank | 4110-000 | $35,518.79 | NA | NA | NA |
| N/F | Associated Bank | 4110-000 | $24,873.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$372,511.47** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James Block | 2100-000 | NA | $1,478.50 | $1,478.50 | $1,478.50 |
| James Block | 2200-000 | NA | $3.68 | $3.68 | $3.68 |
| James Block | 3120-000 | NA | $200.00 | $200.00 | $200.00 |
| Rabobank, N.A. | 2600-000 | NA | NA | $32.30 | $32.30 |

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | $0.00 | $1,682.18 | $1,714.48 | $1,714.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sterling National Bank | 7100-000 | $1,726.24 | $1,726.24 | $1,726.24 | $63.97 |
| 2 | Ashwood, Inc | 7100-000 | NA | $731.41 | $731.41 | $27.11 |
| 3 | Alfred Dunner, Inc. | 7100-000 | $4,796.91 | $4,396.91 | $4,396.91 | $162.92 |
| 4 | True Blue Clothing | 7100-000 | $804.19 | $804.19 | $804.19 | $29.80 |
| 5 | PVH Corp. | 7100-000 | $508.84 | $790.61 | $790.61 | $29.29 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | $34,728.05 | $35,096.10 | $35,096.10 | $1,300.31 |
| 7 | Wisconsin Public Service | 7100-000 | $0.00 | $1,099.75 | $1,099.75 | $40.75 |
| 8 | Bill & Mary Vandehey | 7100-000 | $366,998.13 | $183,499.13 | $105,705.04 | $3,916.37 |
| 9 | Supreme International LLC | 7200-000 | NA | $392.59 | $392.59 | $0.00 |
| N/F | Frontier | 7100-000 | NA | NA | NA | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Lana Lee Fashions | 7100-000 | $1,696.17 | NA | NA | $0.00 |
| N/F | Columbia Sportswear Co. | 7100-000 | $4,879.84 | NA | NA | $0.00 |
| N/F | Per Mar Security | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Basic Options | 7100-000 | $160.57 | NA | NA | $0.00 |
| N/F | Ash City Usa Inc. | 7100-000 | $200.00 | NA | NA | $0.00 |
| N/F | FX Fusion | 7100-000 | $3,088.02 | NA | NA | $0.00 |
| N/F | Crystal Fashions | 7100-000 | $883.74 | NA | NA | $0.00 |
| N/F | Banctek Solutions | 7100-000 | NA | NA | NA | $0.00 |
| N/F | 3.2.1. Inc. | 7100-000 | $1,619.50 | NA | NA | $0.00 |
| N/F | Supreme International Perry Ellis | 7100-000 | $392.59 | NA | NA | $0.00 |
| N/F | Pak 21 | 7100-000 | $233.25 | NA | NA | $0.00 |
| N/F | Ashwood Inc. | 7100-000 | $756.64 | NA | NA | $0.00 |
| N/F | Haggar Clothing | 7100-000 | $417.53 | NA | NA | $0.00 |
| N/F | Lord Daniel Sportswear | 7100-000 | $630.80 | NA | NA | $0.00 |
| N/F | Sally Lou Fashions | 7100-000 | $339.68 | NA | NA | $0.00 |
| N/F | JR Nites | 7100-000 | $797.73 | NA | NA | $0.00 |
| N/F | Pacific Silk | 7100-000 | $376.59 | NA | NA | $0.00 |
| N/F | DuBois Formalwear | 7100-000 | $2,264.77 | NA | NA | $0.00 |
| N/F | Keren Hart | 7100-000 | $1,696.17 | NA | NA | $0.00 |
| N/F | Morrow Acquisitions, Inc. DBA Nedreobo's Formalwear | 7100-000 | $1,501.60 | NA | NA | $0.00 |
| N/F | Gannett Wisconsin Media | 7100-000 | $315.00 | NA | NA | $0.00 |
| N/F | Giorgio Casani | 7100-000 | $556.51 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Falcon Bay Sportswear AAOBA International | 7100-000 | $687.13 | NA | NA | $0.00 |
| N/F | Card Member Services | 7100-000 | $4,425.14 | NA | NA | $0.00 |
| N/F | The Apparel Group, LTD | 7100-000 | $1,654.61 | NA | NA | $0.00 |
| N/F | Tribu International, LLC | 7100-000 | $1,203.93 | NA | NA | $0.00 |
| N/F | Great Cavalier Inc. | 7100-000 | $265.16 | NA | NA | $0.00 |
| N/F | Arrow Dress Shirt Co. | 7100-000 | $307.38 | NA | NA | $0.00 |
| N/F | Variations, Inc | 7100-000 | $767.47 | NA | NA | $0.00 |
| N/F | R. Options | 7100-000 | $68.88 | NA | NA | $0.00 |
| N/F | Nunn Bush Shoe Co. | 7100-000 | $321.18 | NA | NA | $0.00 |
| N/F | Marcia O'Loughin Nedrebo's Formalwear | 7100-000 | $12,196.51 | NA | NA | $0.00 |
| N/F | Public Relations Institut | 7100-000 | $743.38 | NA | NA | $0.00 |
| N/F | Gruppo Bravo Menswear | 7100-000 | $441.87 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$455,451.70** | **$228,536.93** | **$150,742.84** | **$5,570.52** |

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 1-13-14101-CJF
Case Name: KLEINSCHMIDT, JACK LEE
KLEINSCHMIDT, CHERYL JEAN
For Period Ending: 07/25/2014

Trustee Name: (690490) James Block
Date Filed (f) or Converted (c): 08/16/2013 (f)
§ 341(a) Meeting Date: 09/23/2013
Claims Bar Date: 12/27/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real property located at 1025 E. Main, Lot Eleven (11) and Lot Twelve (12), except the east two feet of, nlyLot 12, Block ONe (1), T.B. Scott Lumber Company's Second, re OAddition to the City of Merrill Lincoln County, Wisconsin, ftwaSUBJECT to streets, alleys, rights-of ways and Easements in, s SoVolume 229 Miscellaneous page 534. - FoGrantors further quit claim to Grantees any interest they have 424]in the east two feet of Lot 12, Block One (1), T.B. Scott Lumber 8-2Company's Second Addition to the City of Merrill, Lincoln, 0-99County, Wisconsin., g, lnValue based on Apprasial Done January 11, 2013. | 235,000.00 | 0.00 | | 0.00 | FA |
| 2 | -FiliReal property located at 1101 Jefferson, ili, EZ54452. 93-2Lot five (5) of the Plat of R.L. Woller Addition lovated in the, © 19Northwest Quarter of the Northeast Quarter (NW 1/4 NE1/4) of, Section Eleven (11), Township Thirty-One (31) North, Range Six, (6) East, Lincoln County, Wisconsin., Value based on 2012 Property Tax Bill. | 103,900.00 | 43,508.21 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 1-13-14101-CJF
Case Name: KLEINSCHMIDT, JACK LEE
KLEINSCHMIDT, CHERYL JEAN
For Period Ending: 07/25/2014

Trustee Name: (690490) James Block
Date Filed (f) or Converted (c): 08/16/2013 (f)
§ 341(a) Meeting Date: 09/23/2013
Claims Bar Date: 12/27/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 3 | Real property, Lot Eleven (11) and Lot Twelve (12), except the east two feet of, Lot 12, Block ONe (1), T.B. Scott Lumber Company's Second, Addition to the City of Merrill Lincoln County, Wisconsin, SUBJECT to streets, alleys, rights-of ways and Easements in, Volume 229 Miscellaneous page 534,, Grantors further quit claim to Grantees any interest they have, in the east two feet of Lot 12, Block One (1), T.B. Scott Lumber, Company's Second Addition to the City of Merrill, Lincoln, County, Wisconsin., Value based on Apprasial Done January 11, 2013. | 105,000.00 | 105,000.00 | | 0.00 | FA |
| 4 | Vacant Land | 75,000.00 | 0.00 | | 0.00 | FA |
| 5 | Associated Bank - Checking Account - $942.08 River Valley Bank - Checking Account - $100.00 River Valley Bank - Savings Account - $5,200.00 Park City Credit Union - Savings Account - $5.00 Park City Credit Union - Checking Account - $5.00 brokerage houses, or | 6,252.08 | 6,252.08 | | 0.00 | FA |
| 6 | Household Goods audio, video, and computer | 1,585.00 | 1,585.00 | | 0.00 | FA |
| 7 | Clothing | 700.00 | 700.00 | | 0.00 | FA |
| 8 | Wedding Rings and Misc. Jewelry | 600.00 | 600.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8
Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 1-13-14101-CJF
Case Name: KLEINSCHMIDT, JACK LEE
KLEINSCHMIDT, CHERYL JEAN
For Period Ending: 07/25/2014

Trustee Name: (690490) James Block
Date Filed (f) or Converted (c): 08/16/2013 (f)
§ 341(a) Meeting Date: 09/23/2013
Claims Bar Date: 12/27/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Firearms and other hobby equipment. | 150.00 | 150.00 | | 0.00 | FA |
| 10 | Interest in Thrivant For Lutherans - Cash Value Life Insurance Policy - Debtor itemize surrender or refund value of | 154.02 | 154.02 | | 0.00 | FA |
| 11 | Interest in Thrivant For Lutherans - Cash Value Life Insurance each. Policy - Joint Debtor | 32.33 | 32.33 | | 0.00 | FA |
| 12 | 100% Interest in The Guy's Shop, Inc. and unincorporated businesses. Itemize. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2012 Anticipated Tax Refunds (Taxes not yet filed) of every nature, including tax counterclaims of the debtor, rights to setoff claims. Give value of each. | 4,000.00 | 7,285.00 | | 7,285.00 | FA |
| 14 | 1993 Honda Motorcycle | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15 | 1998 Ford Explorer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16 | 2008 Chrysler Mini-Van | 10,900.00 | 10,900.00 | | 0.00 | FA |
| 16 | Assets    Totals    (Excluding unknown values) | $546,273.43 | $179,166.64 | | $7,285.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 1-13-14101-CJF
Case Name: KLEINSCHMIDT, JACK LEE
KLEINSCHMIDT, CHERYL JEAN
For Period Ending: 07/25/2014

Trustee Name: (690490) James Block
Date Filed (f) or Converted (c): 08/16/2013 (f)
§ 341(a) Meeting Date: 09/23/2013
Claims Bar Date: 12/27/2013

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR): 03/28/2014    Current Projected Date Of Final Report (TFR): 02/25/2014

/s/ James Block
James Block

07/25/2014
Date

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 1-13-14101-CJF | Trustee Name: | James Block (690490) |
|---|---|---|---|
| Case Name: | KLEINSCHMIDT, JACK LEE KLEINSCHMIDT, CHERYL JEAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0060 | Account #: | ******3400 - Checking |
| For Period Ending: | 07/25/2014 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/06/2013 | {13} | Jack and Sherry Kleinschmidt | $5,254.00 U.S. Treasury Check number 01375631 from Kleinschmidts for their 2012 federal income tax refund. | 1129-000 | 5,254.00 | | 5,254.00 |
| 11/06/2013 | {13} | Jack and Sherry Kleinschmidt | | 1129-000 | 2,031.00 | | 7,285.00 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,275.00 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.51 | 7,263.49 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.79 | 7,252.70 |
| 04/11/2014 | 101 | Wisconsin Public Service | Dividend paid 3.71% on $1,099.75 | Claim # 7 | Filed: $1,099.75 | 7100-000 | | 40.75 | 7,211.95 |
| 04/11/2014 | 102 | Alfred Dunner, Inc. | Dividend paid 3.71% on $4,396.91 | Claim # 3 | Filed: $4,396.91 | 7100-000 | | 162.92 | 7,049.03 |
| 04/11/2014 | 103 | Ashwood, Inc | Dividend paid 3.71% on $731.41 | Claim # 2 | Filed: $731.41 | 7100-000 | | 27.11 | 7,021.92 |
| 04/11/2014 | 104 | James Block | Dividend paid 100.00% on $3.68 | Claim # TE | Filed: $3.68 | 2200-000 | | 3.68 | 7,018.24 |

UST Form 101-7-TDR (10/1/2010)

! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 1-13-14101-CJF | Trustee Name: | James Block (690490) |
| --- | --- | --- | --- |
| Case Name: | KLEINSCHMIDT, JACK LEE / KLEINSCHMIDT, CHERYL JEAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0060 | Account #: | ******3400 - Checking |
| For Period Ending: | 07/25/2014 | Blanket Bond (per case limit):$1,500,000.00 | |
| | | Separate Bond (if applicable):N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/11/2014 | 105 | Bill & Mary Vandehey | Dividend paid 3.70% on $105,705.04 \| Claim # 8 \| Filed: $183,499.13 | 7100-000 | | 3,916.37 | 3,101.87 |
| 04/11/2014 | 106 | PVH Corp. | Dividend paid 3.70% on $790.61 \| Claim # 5 \| Filed: $790.61 | 7100-000 | | 29.29 | 3,072.58 |
| 04/11/2014 | 107 | Sterling National Bank | Dividend paid 3.71% on $1,726.24 \| Claim # 1 \| Filed: $1,726.24 | 7100-000 | | 63.97 | 3,008.61 |
| 04/11/2014 | 108 | James Block | Dividend paid 100.00% on $1,478.50 \| Claim # FEE \| Filed: $1,478.50 | 2100-000 | | 1,478.50 | 1,530.11 |
| 04/11/2014 | 109 | eCAST Settlement Corporation, assignee | Dividend paid 3.70% on $35,096.10 \| Claim # 6 \| Filed: $35,096.10 | 7100-000 | | 1,300.31 | 229.80 |
| 04/11/2014 | 110 | James Block | Dividend paid 100.00% on $200.00 \| Claim # AE \| Filed: $200.00 | 3120-000 | | 200.00 | 29.80 |
| 04/11/2014 | 111 | True Blue Clothing | Dividend paid 3.71% on $804.19 \| Claim # 4 \| Filed: $804.19 | 7100-000 | | 29.80 | 0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 1-13-14101-CJF | Trustee Name: | James Block (690490) |
| --- | --- | --- | --- |
| Case Name: | KLEINSCHMIDT, JACK LEE / KLEINSCHMIDT, CHERYL JEAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0060 | Account #: | ******3400 - Checking |
| For Period Ending: | 07/25/2014 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 7,285.00 | 7,285.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,285.00 | 7,285.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,285.00 | $7,285.00 | |

! - transaction has not been cleared

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 1-13-14101-CJF |
| Case Name: | KLEINSCHMIDT, JACK LEE |
| | KLEINSCHMIDT, CHERYL JEAN |
| Taxpayer ID #: | **-***0060 |
| For Period Ending: | 07/25/2014 |

| | |
|---|---|
| Trustee Name: | James Block (690490) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******3400 - Checking |
| Blanket Bond (per case limit): | $1,500,000.00 |
| Separate Bond (if applicable): | N/A |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3400 - Checking | $7,285.00 | $7,285.00 | $0.00 |
| **TOTAL - ALL ACCOUNTS** | **$7,285.00** | **$7,285.00** | **$0.00** |

/s/ James Block
James Block

07/25/2014
Date

UST Form 101-7-TDR (10/1/2010)