UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Salvador Villa, . | ) | Case No. 13 B 14101 |
| | ) | |
| Debtor. | ) | Honorable Judge Janet S. Baer |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** filed on August 25, 2014 **(Document #23)** is withdrawn.   It is withdrawn because the document was filed in error.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on August 25, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on August 25, 2014.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Alex D. Moglia
amoglia@mogliaadvisors.com


David Ratowitz
ratowitzlaw@gmail.com


**Parties Served via First Class Mail:**

Salvador Villa
1331 Longford Circle
Elgin, IL 60120-4830